ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 JUL 11  PM 4: 23

DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| ALEJANDRO GONZALEZ (1) AKA "JAVIER" <br> MATTHEW PENA (2) | 3-18CR-338-K |

## INDICTMENT

The Grand Jury charges:

### Count One
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 846]

From in or around January 2015, through the filing of this Indictment, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Alejandro Gonzalez, aka "Javier,"** and **Matthew Pena** knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to possess with intent to distribute five hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

All in violation of 21 U.S.C. § 846.

<u>Count Two</u>
Possession with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 841(b)(1)(C)]

On or about January 15, 2015, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Alejandro Gonzalez, aka "Javier,"** knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

<u>Count Three</u>
Possession with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 841(b)(1)(C)]

On or about February 4, 2015, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Matthew Pena**, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

<u>Forfeiture Notice</u>
[21 U.S.C. § 853(a)]

The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction for any of Counts One, Two, or Three of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Alejandro Gonzalez, aka "Javier,"** and **Matthew Pena** shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense.

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8600
Email: errin.martin@usdoj.gov

Indictment – Page 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ALEJANDRO GONZALEZ (1)
AKA JAVIER
MATTHEW PENA (2)

INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Counts 1)

21 U.S.C. § 841(b)(1)(C)
Possession with Intent to Distribute a Controlled Substance
(Counts 2 and 3)

21 U.S.C. § 853(a)
Forfeiture Notice

3 Counts

A true bill rendered

_____
DALLAS                                                    FOREPERSON

Filed in open court this 11th day of July, 2018.

_____

**Warrant to be Issued**
**Alejandro Gonzalez aka "Javier" and Matthew Pena**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending